```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

LAWRENCE CHANEY,                  )
                                  )
                Plaintiff,        )
                                  )
     v.                           )     No.  09 C 1630
                                  )
ROYAL MANAGEMENT CORPORATION,     )
                                  )
                Defendant.        )
```

                         MEMORANDUM ORDER

Royal Management Corporation ("Royal Management") has filed its Answer and Affirmative Defenses ("ADs") to the Fair Labor Standards Act action brought against it by its ex-employee Lawrence Chaney ("Chaney").  This memorandum order is issued sua sponte to address one problematic aspect of that responsive pleading.

In each of Answer ¶¶5, 8-10 and 14, Royal Management follows an express admission of all of the allegations in the corresponding paragraph of Chaney's Complaint with this statement:

All allegations not admitted herein are denied.
Current dress codes may perhaps have deprived a once well-known simile, which likened superfluous conduct to wearing both a belt and suspenders, of its original thrust.  But in this instance that simile operates with full force.  Moreover, any retention of the quoted sentences creates a potential source of confusion--to what allegations do the "denials" pertain?

Accordingly the quoted language is stricken from each of the cited paragraphs of the Answer as devoid of meaning. In all other respects the responsive pleading will remain intact (though no view is expressed here as to the viability of any or all of Royal Management's ADs).

                                         _____
                                         Milton I. Shadur
                                         Senior United States District Judge

Date:  April 15, 2009